IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

FEB 1 4 2017

Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| FRED ROHRBACH and BITTERROOT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JULIE K. KING, Forest Supervisor of the Bitterroot National Forest in her official capacity, DAVID E. SCHMID, Deputy Regional Forester, in his official capacity, and the UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>Defendants. | CV 16–96–M–DLC<br><br>ORDER |

The parties have filed a Joint Motion for Dismissal with Prejudice of the Complaint filed in the above-captioned matter. Based upon the parties' joint motion, and good cause appearing,

IT IS ORDERED that the parties' Motion (Doc. 10) is GRANTED. The Complaint is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

DATED this 14th day of February, 2017.

Dana L. Christensen, Chief Judge
United States District Court